**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**SETTLEMENT CONFERENCE BEFORE**
**<u>MAGISTRATE JUDGE LAURA FASHING</u>**

Caption:        *Hatch v. New Mexico Corrections Department et al*
                **Case Number 1:20-cv-00446-KK-LF**

Date:            **Friday, July 10, 2020 at 9:00 a.m. via Zoom**

<u>Appearances for Plaintiff</u>:                              <u>Appearances for Defendants</u>:

Philip B. Davis                                            James P Sullivan
Nicholas T. Davis


<u>Plaintiff in Attendance</u>:                              <u>Defendant(s) in Attendance</u>:

Tim Hatch                                                  Jacob Maule, from State Risk
                                                           Management

                                                           Brian Fitzgerald, counsel for the
                                                           Department of Corrections

                                                           (The Court excused the individual
                                                           defendants from attendance.)


<u>Others Attending</u>:




  X  **Case settled.   Per order filed concurrently, closing documents due on Monday,**
**August 10, 2020.**

____**Case did not settle.**

____**Settlement efforts to be continued on _____at_____.**

  X  **Time in Conference =  5.75   hours.**